"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
NOV 15 2022
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:22CR209 |
| | ) | |
| v. | ) | BILL OF INDICTMENT |
| | ) | |
| | ) | Violations: 18 U.S.C. § 922(g)(1) |
| AMIR BOUJLIL | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
**(Possession of a Firearm while being a Convicted Felon)**

On or about February 25, 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**AMIR BOUJLIL,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Glock, Model 30, .45 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. one Glock, Model 30, .45 caliber pistol, S/N BSRS086; and
b. thirteen rounds of .45 ammunition.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

DANIEL RYAN
ASSISTANT UNITED STATES ATTORNEY